[No. 69903-2-I.  Division One.  June 9, 2014.]

CITIBANK (SOUTH DAKOTA), NA, *Respondent*, v. MARGARET CARTER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-36779-9, Mary I. Yu, J., entered January 4, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Leach, JJ.

[No. 69927-0-I.  Division One.  June 9, 2014.]

CHICAGO TITLE INSURANCE COMPANY, *Plaintiff*, v. RICHARD CAMPBELL ET AL., *Appellants*, ROSALIND M. GREENBERG, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-35826-7, Laura C. Inveen, J., entered January 8, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[Nos. 69963-6-I; 70060-0-I.  Division One.  June 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PAOLO CESAR GALEAZZI, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 12-1-02213-1, Andrea A. Darvas, J., entered February 8, 2013. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 70023-5-I.  Division One.  June 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DAMIAN PENA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-10640-0, Mariane C. Spearman, J., entered February 5, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.